UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL FOOTBALL LEAGUE
PLAYER'S ASSOCIATION on its own behalf
and on behalf of TOM BRADY,

                Petitioner,

          - against -

NATIONAL FOOTBALL LEAGUE and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

                Respondents.
------------------------------------------------------------X

15 misc 235

**ADMINISTRATIVE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7·31·2015

Please assign this matter to my docket, as related to 15 Civ. 5916 and 15 Civ. 5982.

Dated: New York, New York
       July 31, 2015

                                          _RMB_
                                   **RICHARD M. BERMAN, U.S.D.J.**

1